UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROGELIO RODRIGUEZ ORTEGA,

        Petitioner,

    v.

                                   Case No. 2:26-cv-1368-KCD-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
US ATTORNEY GENERAL,

        Respondents,

_____/

## **ORDER**

Petitioner Rogelio Rodriguez Ortega asks this Court to reconsider its order rejecting his habeas corpus petition. (Doc. 14.)[1] He argues that the denial of his substantive *Zadvydas* claim rests on a mistaken assumption— namely, that Mexico has agreed to accept him. (*Id.* at 1.) Because the record contains only a unilateral letter from ICE rather than a formal consular acceptance from Mexico, Ortega concludes that the evidence contradicts the Court's finding that he thwarted a viable removal.

To prevail on a motion for reconsideration, a movant must do more than express disagreement. He must demonstrate a manifest error of law or fact, or present newly discovered evidence. *See Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007); *Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D.

---

[1] Unless otherwise indicated, all internal quotation marks, citations, case history, and alterations have been omitted in this and later citations.

689, 694 (M.D. Fla. 1994). Ortega's motion fails this stringent standard because it treats his own lack of information as if it were affirmative proof of error. The Government has proffered that it can remove Ortega to Mexico, and Ortega has provided nothing to show otherwise. He argues that an ICE letter indicating an intended destination does not guarantee third-country acceptance, but he has offered no evidence that Mexico will not (or cannot) accept him. Ortega cannot meet his burden by relying on pure speculation to counter the Government's evidence and proffer.

Ortega has not shown an intervening change in controlling law or the facts. Nor has he proven legal error. Accordingly, the motion for reconsideration (Doc. 14) is **DENIED**.

**ORDERED** in Fort Myers, Florida on June 15, 2026.

Kyle C. Dudek
United States District Judge